1  ARI J. LAUER, CA SBN 144017
   LAW OFFICES OF ARI J. LAUER
2  500 Ygnacio Valley Road, Suite 325
   Walnut Creek, CA 94596
3  Tel: (925) 933-7012
   Fax: (925) 933-7017
4
   Attorneys for Defendants
5  JORGE EDGARD QUINONES *dba*
   PROFESSIONAL CONSTRUCTION SERVICES
6  *aka* PCS CONSTRUCTION

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 F. G. CROSTHWAITE, et al., as Trustees of )   CASE NO. C11-2632 EMC
   the OPERATING ENGINEERS HEALTH       )
12 AND WELFARE TRUST FUND, et al.,      )   Honorable Edward M. Chen
                                        )   United States District Court Judge
13         Plaintiffs,                  )
                                        )   STIPULATION TO SET ASIDE
14 vs.                                  )   DEFAULT ; ORDER
                                        )
15 JORGE EDGARD QUINONES *dba*          )
   PROFESSIONAL CONSTRUCTION            )
16 SERVICES *aka* PCS CONSTRUCTION      )
                                        )
17         Defendant.                   )
                                        )
18

19        Pursuant to Local Rule 7-12, Plaintiffs and Defendant, through counsel, enter into the

20 following Stipulation.

21

22        WHEREAS, the Complaint was filed in this action on June 2, 2011 and served on

23 defendant Jorge Quinones on June 20, 2011;

24

25        WHEREAS, the default of defendant Jorge Quniones was entered on July 27, 2011; and

26

27        WHEREAS, plaintiffs' counsel has agreed to set aside the default of defendant so that

28 he may file an Answer in this action. The parties enter into this Stipulation for that purpose.

Law Offices of Ari J. Lauer
500 Ygnacio Valley Road, Suite 325
Walnut Creek, CA 94596
(925) 933-7012

STIPULATION TO SET ASIDE DEFAULT
CASE NO. C11-2632 EMC

1  NOW, THEREFORE, it is hereby stipulated by the parties that the default of defendant Jorge Quinones is set aside and he may file an Answer and appear in this action. The Answer shall be filed within five (5) business days of the Court's signing the Order below.

Dated: August 8, 2011            SALTZMAN & JOHNSON LAW CORP.

                                 By: _____
                                     MICHELLE R. STAFFORD
                                     Attorneys for Plaintiffs

Dated: August 11, 2011           LAW OFFICES OF ARI J. LAUER

                                 By: _____
                                     ARI J. LAUER
                                     Attorneys for defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 15, 2011           HONORABLE EDWARD M. CHEN
                                 United States District Judge

                                 IT IS SO ORDERED
                                 Judge Edward M. Chen
                                 UNITED STATES DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA

Law Offices of Ari J. Lauer
600 Ygnacio Valley Road, Suite 325
Walnut Creek, CA 94596
(925) 933-7012

STIPULATION TO SET ASIDE DEFAULT
CASE NO. C11-2632 EMC
2