1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Blake E. Williams, Esq. (SBN 233158)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900 – Telephone
   (415) 882-9287 – Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  bwilliams@sjlawcorp.com

7  Attorneys for Plaintiffs

8

9                   UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

|  |  |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JORGE EDGARD QUINONES *dba* PROFESSIONAL CONSTRUCTION SERVICES *aka* PCS CONSTRUCTION, <br><br> Defendant. | Case No.:  C11-2632 EMC <br><br> **PLAINTIFFS' REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT;** <br> **[PROPOSED] ORDER THEREON** <br><br> Date:    March 2, 2012 <br><br> Time:    9:00 a.m. <br><br> Ctrm:   5, 17th Floor <br><br> Judge:   The Honorable Edward M. Chen |

        Plaintiffs herein respectfully submit their Case Management Statement, requesting that the

Case Management Conference, currently on calendar for March 2, 2012, be vacated or continued

for approximately 90 days, pending Plaintiffs' filing their Motion for Summary Judgment.

        1.      As the Court's records will reflect, a Complaint was filed in this matter on June 2,

2011, to compel Defendant's compliance with the terms of its Collective Bargaining Agreement.

        2.      Substitute service on Defendant was effectuated on June 20, 2011, and a Proof of

Service of Summons and Declaration Re Diligence were filed with the Court on June 22, 2011.

        3.      On July 27, 2011, the Clerk entered the default of Defendant.  On August 11, 2011,

the parties filed a Stipulation Setting Aside Default, and on August 15, 2011, the Court issued an

1  Order setting aside that default.

2     4.  On August 18, 2011, Defendant filed an Answer to the Complaint.

3     5.  On November 10, 2011, the parties stipulated to Mediation, and on November 10,

4  2011, the Court issued an Order referring the case to Mediation. On February 13, 2012, the parties

5  were finally contacted by the appointed Mediator regarding a possible extension of the Mediation

6  deadline as the matter apparently "fell through the cracks" in the ADR office.  I advised the

7  Mediator that counsel for defendant Quinones had advised me several times the he/his client are

8  "too busy" to focus on the litigation.  Due to the Defendant's disinterest, Plaintiffs do not

9  anticipate resolution through Mediation. Accordingly, Plaintiffs have commenced preparation of a

10 Motion for Summary Judgment which they anticipate filing with the Court within the next forty-

11 five to sixty days.

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

6.      There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for March 2, 2012, be vacated, or in the alternative be continued to either coincide with the date to be set for the Motion or continued for 90 days to allow filing and disposition of the Motion.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Dated: February 23, 2012                          SALTZMAN & JOHNSON
                                                  LAW CORPORATION


                                        By:   /S/Michele R. Stafford
                                              Michele R. Stafford
                                              Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated.

*or*

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _____6/29/12 at 9:00 a.m._____. All related deadlines are extended accordingly.

Date: _____2/28/12_____         _____
                                            THE HONORABLE EDWARD M. CHEN
                                            UNITED STATES DISTRICT COURT JUDGE

**PLAINTIFFS' REQUEST TO VACATE OR CONTINUE
CASE MANAGEMENT CONFERENCE
Case No.: 11-2632 EMC**
P/Clients/OE3CL/Professional Construction Services/Pleadings/Request to Continue Case Management Conference022312.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On February 23, 2012, I served the following documents:

**PLAINTIFFS' REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Ari J. Lauer, Esq.**
> **Law Offices of Ari J. Lauer**
> **500 Ygnacio Valley Road, Suite 325**
> **Walnut Creek, California 94596**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of February 2012, at San Francisco, California.

/S/ Vanessa de Fábrega
Vanessa de Fábrega