UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

F.G. CROSTHWAITE, *et al.*　　　　　　　　　　No. C-11-2632 EMC

　　　　　Plaintiffs,

　　v.　　　　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

JORGE EDGARD QUINONES,

　　　　　Defendant.
_____/

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs in accordance with the **ORDER RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT – DAMAGES** filed on July 24, 2012. The Clerk of the Court is directed to close the file in this case.

Dated: July 24, 2012　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　By: Betty Lee
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk